Argued and submitted October 26, fine vacated; otherwise affirmed December 7, 1988, reconsideration denied May 5, petition for review pending 1989

## GARY DAVIS,
*Petitioner,*

*v.*

## OREGON STATE PENITENTIARY,
*Respondent.*

(12-86-027A; CA A43065)

764 P2d 1382

Steven H. Gorham, Salem, argued the cause and filed the brief for petitioner.

Philip Schradle, Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Dave Frohnmayer, Attorney General, and Virginia L. Linder, Solicitor General, Salem.

Before Warden, Presidng Judge, and Graber and Riggs, Judges.

PER CURIAM

## PER CURIAM

Petitioner seeks judicial review of a final order of the Superintendent of the Oregon State Penitentiary which placed petitioner in segregation for one year for violating OAR-291-105-015(A) by engaging in disruptive behavior. The superintendent also imposed a $100 fine. Petitioner contends, and the state concedes, that it was error to impose a fine. *See Watson v. OSP,* 90 Or App 85, 750 P2d 1188 (1988). Accordingly, we reverse as to the fine imposed. Petitioner's other assignments of error are without merit.

Fine vacated; otherwise affirmed.